# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES T. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 06-962-JPG |
| | ) |
| SARA M. REVELL, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court *sua sponte* and on Plaintiff's "request for proof of claim" (Doc. 13). On June 25, 2007, this Court issued an Order granting Plaintiff's motion to proceed *in forma pauperis*, assessing an initial partial filing fee of $19.83, and directing Plaintiff to complete and return the "Consent Form - In Forma Pauperis Proceedings" within fifteen days. *See* (Doc. 9). Plaintiff was warned that his failure to comply with the Court's Order could result in the dismissal of his complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *Id*. Instead of complying with this Order, Plaintiff returned the "Consent Form - In Forma Pauperis" unsigned stating that he found the form to be "an unconscionable contract . . . prohibiting any liability" against him. *See* (Doc. 11).

On November 9, 2007, this Court issued an Order again directing Plaintiff to complete and return the "Consent Form - In Forma Pauperis Proceedings" within fifteen days. *See* (Doc. 12). Plaintiff was again warned that his failure to comply with the Court's Order could result in the dismissal of his complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *Id*. More than fifteen days have passed and Plaintiff still has not signed and returned the "Consent Form - In

Forma Pauperis" as directed by this Court. Therefore, Plaintiff's "request for proof of claim" (Doc. 13) is **DENIED** and this case is **DISMISSED** with prejudice for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**Dated: December 17, 2007.**

                                                  **s/ J. Phil Gilbert**
                                                  **U. S. District Judge**