# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES T. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 06-962-JPG |
| ) | |
| SARA M. REVELL, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This action came before the Court *sua sponte*. Twice, the Court ordered Plaintiff to sign and return the "Consent Form - In Forma Pauperis Proceedings," warning him that failure to comply would result in dismissal of this action. FED.R.CIV.P. 41(b). Following Plaintiff's failure to sign and return the "Consent Form - In Forma Pauperis Proceedings":

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

 **December 17, 2007.** By: **s/ J. Phil Gilbert**
*Date* *District Judge*